# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TIMOTHY G.

_____
*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

_____
*Defendant*

)
)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 10, 2018

SEAN F. McAVOY, CLERK

Civil Action No.   2:18-CV-00050-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔  other:   Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED.  Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED.  The decision of the Commissioner denying benefits is affirmed.  Judgment is entered in favor of Defendant and against Plaintiff.

This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

✔  decided by Judge   Stanley A. Bastian _____   on motions for
   Summary Judgment (ECF Nos. 14 and 16)

Date:   12/10/2018 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Lennie Rasmussen
_____
*(By) Deputy Clerk*

Lennie Rasmussen
_____